**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARVIN ERNESTO LEON CERON,** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-1762** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **ATTORNEY GENERAL OF THE U.S., *et al.*,** | : | |
| | : | |
| **Respondents.** | : | |

## ORDER

**AND NOW, THIS 16TH DAY OF SEPTEMBER 2026**, upon consideration of Petitioner Marvin Ernesto Leon Ceron's motion to enforce the Court's July 22, 2026 order granting Petitioner's writ of habeas corpus (Doc. 15), Respondents' suggestion of mootness in response to motion to enforce (Doc. 17), Petitioner's traverse (Doc. 18), and all other filings previously submitted, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motion to enforce order (Doc. 15) is **GRANTED**.

2. Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Marvin Ernesto Leon Ceron from the custody of the Warden of FCI Lewisburg, Jessica Sage.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Thursday,**

**September 17, 2026, at 5:00 P.M.** confirming that Petitioner Marvin Ernesto Leon Ceron has been released from custody.

Robert D. Mariani
United States District Judge