**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARVIN ERNESTO LEON CERON,** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-1762** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **ATTORNEY GENERAL OF** | : | |
| **THE U.S., *et al.*,** | : | |
| | : | |
| **Respondents.** | : | |

**ORDER**

**AND NOW, THIS 23RD DAY OF SEPTEMBER 2026**, upon consideration of Respondent Jessica Sage's Emergency Motion for Stay of the Court's September 16, 2026 Order (Doc. 21), Respondent's Brief in Support of Emergency Motion to Stay (Doc. 22), and Petitioner's Reply Brief Opposing Motion for Stay (Doc. 24), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Respondent's Emergency Motion for Stay of the Court's September 16, 2026 Order (Doc. 21) is **GRANTED as modified.**
2. The Court's September 16, 2026, Order granting Petitioner's Release (Doc. 20) is **STAYED.**
3. The parties **SHALL FILE** a joint letter setting forth the status of Petitioner's detention and removal proceedings **no later than September 30, 2026**, and

shall thereafter submit status reports **every 30 days** informing the Court of the Status of Petitioner's removal.

Robert D. Mariani
United States District Judge